UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-30087 |
|---|---|
| ROBERT A. HANES | (Chapter 13) |
| Debtor | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4099958**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 67 | NATIONAL CITY BANK<br>BOX 2049<br>AKRON, OH  44309 | 4.66 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 9/14/2011

Certificate of Service  08-30087

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

| | | |
|---|---|---|
| ROBERT A. HANES<br>8862 WAYNES WAY<br>BLANCHESTER, OH 45107 | HAROLD JARNICKI<br>576 MOUND CT<br>SUITE B<br>LEBANON, OH 45036 | (1007.1n)<br>B LINE LLC<br>MS 550<br>BOX 91121<br>SEATTLE, WA 98111 |
| (101.1n)<br>DAIMLERCHRYSLER FINANCIAL<br>4600 TOUCHTON RD E #200400<br>JACKSONVILLE, FL 32246 | (97.1n)<br>ECAST SETTLEMENT CORP BEST BUY<br>BASS & ASSOCIATES PC<br>3936 E FT LOWELL SUITE 200<br>TUCSON, AZ 85712 | (1006.1n)<br>ECAST SETTLEMENT CORPORATION<br>% BASS & ASSOCIATES<br>3936 E FT LOWELL ROAD STE 200<br>TUCSON, AZ 85712 |
| (93.1n)<br>EMERSON KECK<br>318 W FOURTH<br>DAYTON, OH 45402 | (90.1n)<br>HOUSEHOLD BANK E CAST CORP<br>% BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD SUITE 200<br>TUCSON, AZ 85712 | (92.1n)<br>KEVIN D HUGHES<br>20 S MAIN ST<br>SPRINGBORO, OH 45066 |
| (67.1)<br>NATIONAL CITY BANK<br>BOX 2049<br>AKRON, OH 44309 | (100.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA 23541 | (91.1n)<br>RECOVERY MGT SYS CORP<br>ATTN RAMESH SINGH BK SPECIALIS<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131 |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv